| | |
|---|---|
| 1 | Charles M. Tebbutt, WSBA #47255 |
| | Jonathan D. Frohnmayer, *pro hac vice* |
| 2 | Law Offices of Charles M. Tebbutt, P.C. |
| | 3026 NW Esplanade |
| 3 | Seattle, WA 98117 |
| | (541) 285-3717 |
| 4 | |
| | *Additional Counsel Identified on Signature Page to Plaintiffs' Motion* |
| 5 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| 7 | COMMUNITY ASSOCIATION FOR RESTORATION OF THE ENVIRONMENT, INC., a Washington non-profit corporation; FRIENDS OF TOPPENISH CREEK, a Washington non-profit corporation; *and* CENTER FOR FOOD SAFETY, a Washington, D.C. non-profit corporation, | Case No. 1:19-CV-3110-TOR |
| 8 | | **DECLARATION OF AMY VAN SAUN IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' AND EXPERT WITNESSES' FEES AND COSTS** |
| 11 | Plaintiffs, | |
| | v. | |
| 12 | | |
| 13 | AUSTIN JACK DECOSTER, an individual, DECOSTER ENTERPRISES, LLC, a Delaware limited liability company, AGRICUTURAL INVESTMENT-FUND II, LLC, a Delaware limited liability company, IDAHO AGRI INVESTMENTS, LLC, an Idaho limited liability company, IDAHO DAIRY HOLDINGS, LLC, an Idaho limited liability company, DRY CREEK DAIRIES, LLC, an Idaho limited liability company, WASHIGNTON AGRI INVESTMENTS, LLC, a Washington limited liability company, WASHINGTON DAIRY HOLDINGS, LLC, a Washington limited liability company, DBD WASHINGTON, LLC, a Washington | |

DECLARATION OF AMY VAN SAUN IN SUPPORT OF PLAINTIFFS'
MOTION FOR AWARD OF FEES AND COSTS                                                          - 1

limited liability company; and SMD, LLC, a Washington limited liability company,

          Defendants.

I, Amy van Saun, hereby declare as follows:

1. I am over the age of eighteen and competent to make this declaration. I make this declaration in support of the Plaintiffs' Motion for Award of Attorneys' and Expert Witnesses' Fees and Costs in this matter. This declaration is based on my own personal knowledge and, if called upon to testify, I could and would do so competently.

**General Professional Background & Expertise**

2. I am an attorney admitted to practice law in the State of Oregon; the U.S. District Courts for the Western District of Washington, the District of Oregon, and the District of Columbia; the United States Court of Appeals for the Ninth Circuit and Fifth Circuit.

3. Since 2019, I have been a senior attorney for the Center for Food Safety (CFS), a nationwide public interest 501(c)(3) nonprofit organization that works to address the impacts of industrial agriculture on people and the planet. In my capacity as a senior attorney, I help oversee the CFS legal docket and work of the legal team, alongside our Legal Director and other senior attorney. I also maintain my own docket of litigation, policy, and legislative work. Further, I

DECLARATION OF AMY VAN SAUN IN SUPPORT OF PLAINTIFFS'
MOTION FOR AWARD OF FEES AND COSTS - 2

manage the policy work of our Pacific Northwest office. From 2015 to 2019 I was a fellow, then a staff attorney for CFS.

4. Before joining CFS, I was an associate attorney for the law firm Mendes & Mount LLP in New York, from 2012 through 2014. I graduated cum laude from Lewis & Clark Law School where I earned a certificate in Environmental and Natural Resources Law.

5. In my eight-plus years as an attorney for CFS, I have focused on, and continuously worked on, public interest litigation involving the impact of industrial food production on the environment and public health. My litigation and policy work spans a broad range of CFS program areas, including but not limited to factory farming air and water pollution; pesticides; genetically engineered (GE) plants; food labeling; organic standards; pollinator protection; and aquaculture.

**Expertise in this Area**

6. CFS has long been a successful leader in the public interest arena, spearheading efforts to address the health and environmental impacts of industrial agriculture and factory farm pollution, including, when necessary, through litigation.[1] As most germane to this case, much of my and my CFS colleagues past

---

[1] *See, e.g., Pollinator Stewardship Council v. US EPA*, 13-72346 (9th Cir.); *In re Center for Biological Diversity*, 53 F.4th 665 (D.C. Cir. 2022); *Natural Resources Defense Council v. U.S. Environmental Protection Agency*, 38 F.4th 34 (9th Cir. 2022); *National Family Farm Coalition v. U.S. Environmental Protection Agency*, 29 F.4th 509 (9th Cir. 2022); *Animal Legal Defense Fund v. Reynolds*, 591 F.Supp.3d 397 (S.D. Iowa, 2022); *Ellis v. Bradbury*, No. 3:13-cv-

DECLARATION OF AMY VAN SAUN IN SUPPORT OF PLAINTIFFS'
MOTION FOR AWARD OF FEES AND COSTS                                                          - 3

and current litigation docket includes being counsel in multiple cases regarding the intertwined impacts of agricultural pollution on the environment and on public health.[2]

7. In addition to representing our own organization, I regularly have as clients other environmental and public interest nonprofit organizations. These organizations include, but are not limited to, the Rural Coalition, National Family Farm Coalition, Center for Biological Diversity, Pesticide Action Network North America, Beyond Pesticides, Center for Environmental Health, Food and Water Watch, Friends of the Earth, International Center for Technology Assessment, American Bird Conservancy, Pollinator Stewardship Council, Wild Fish Conservancy, Family Farm Defenders, Institute for Fisheries Resources, Pacific Coast Federation of Fishermen's Associations, Golden Gate Salmon Association,

---

1266MMC (N.D. Cal. filed May 31, 2013); *Gulf Fishermens Association v. National Marine Fisheries Service*, 968 F.3d 454 (5th Cir. 2020); National Family Farm Coalition v. U.S. Environmental Protection Agency, 960 F.3d 1120 (9th Cir. 2020); *Syngenta Seeds, Inc. v. Cnty. of Kauai*, 664 Fed.Appx. 669 (9th Cir. 2016); *Institute for Fisheries Resources v. United States Food and Drug Administration*, 499 F.Supp.3d 657 (N.D. Cal., 2020).

[2] *See, e.g., Community Ass'n for Restoration of the Env., Inc. v. Cow Palace, LLC*, 2015 WL 199345 (E.D. Wash. Jan. 14, 2015) motion to certify appeal denied, 2015 WL 403178 (E.D. Wash. Jan. 28, 2015); *Washington State Dairy Federation v. State,* 18 Wash.App.2d 259 (Wash. App. Div. 2, 2021) (challenge to state general NPDES permit for dairies); *Wild Fish Conservancy v. Washington Department of Fish and Wildlife*, 198 Wash.2d 846 (Wash., 2022) (challenge to permit for commercial net pen aquaculture operation in Puget Sound); *Coalition to Protect Puget Sound Habitat v. United States Army Corps of Engineers*, 843 Fed. Appx. 77 (9th Cir. 2021); *Kupale Ookala v. Big Island Dairy*, *LLC*, No. 17-cv-00305 (D. Hawaii) (consent decree entered March 14, 2019, ECF No. 105).

DECLARATION OF AMY VAN SAUN IN SUPPORT OF PLAINTIFFS'
MOTION FOR AWARD OF FEES AND COSTS                                   - 4

1  Cascadia Wildlands, Ecology Action Centre, Organization En California De
2  Lideres Campesinas, Farmworker Association of Florida, Friends of Family
3  Farmers, Willamette Riverkeeper, Citizens for GMO Labeling, Label GMOs, and
4  Rural Vermont.  We represent clients typically on a contingency basis where, as in
5  this case, we receive payment if we prevail under fee-shifting citizen suit
6  provisions or the Equal Access to Justice Act (EAJA).

**CFS's Work in This Case**

8.  CFS is a plaintiff in this matter and its attorneys have on occasion acted as co-counsel. As such we took on roles in the litigation as delegated and coordinated by lead counsel Charlie Tebbutt. CFS has worked with Charlie Tebbutt's office since 2012 in the Cluster Dairy cases before this Court. Mr. Tebbutt and his staff, including Dan Snyder, in my experience, are the most knowledgeable CAFO enforcement attorneys in the country. They have also represented CFS on two cases in Hawaii, both of which resulted in extraordinary outcomes. They are presently counsel for CFS in a New York CAFO case.

9.  Staff attorney Jenny Loda completed the bulk of the hours by CFS, and Plaintiffs also seek reimbursement for my hours. A true and correct copy of CFS's timesheets are attached to this declaration as Exhibit 1.

10.  Staff Attorney Jenny Loda is a 2012 graduate of Lewis and Clark Law School, with a Certificate in Environmental and Natural Resources Law. She

DECLARATION OF AMY VAN SAUN IN SUPPORT OF PLAINTIFFS'
MOTION FOR AWARD OF FEES AND COSTS                                          - 5

joined CFS in 2021 as a staff attorney. Prior to joining CFS, Ms. Loda was staff attorney with the Center for Biological Diversity from 2015-20, managing a diverse docket of environmental cases in state and federal courts related to the protection of wildlife from human industrial activities. Ms. Loda also represented individuals, businesses, and non-profits in public interest environmental advocacy and litigation from 2013-16 and 2020-21. Ms. Loda holds a B.S. in Biology from U.C. San Diego and an M.S. in Wildlife Biology from Iowa State University.

11. Since joining CFS, Ms. Loda has engaged in and led litigation in CFS program areas spanning pesticides, aquaculture, and factory farming, as well as drafting a listing petition to the U.S. Fish & Wildlife Service under the Endangered Species Act.[3]

12. My role in the litigation was to serve as client representative and co-counsel as to several discovery issues, including discovery on CFS and drafting a motion to unseal documents used in the Plaintiffs' opposition to Defendants' motion to dismiss, ECF No. 117. I also served as counsel for CFS as to settlement.

---

[3] *See e.g., Ctr. for Food Safety v. U.S. Fish and Wildlife Service*, No. 21-01254 (D.D.C. 2022); *Ctr. for Food Safety v. National Institutes of Health*, No. 21-01888 (D.D.C. 2023); *Ctr. for Food Safety v. Envtl. Prot. Agency*, No. 21-71180 (9th Cir. 2022); *Rural Coalition et al. v. Envtl. Prot. Agency*, No. 20-73220 (9th Cir.); *Don't Cage Our Oceans. v. Army Corp of Engineers*, No. 22-1627 (W.D. Wash.); *Alianza Nacional de Campesinas v. Envtl. Prot. Agency*, No. 22-09030 (N.D. Cal.); *Ctr. for Food Safety v. Envtl. Prot. Agency*, No. 23-01633 (D.D.C.).

DECLARATION OF AMY VAN SAUN IN SUPPORT OF PLAINTIFFS'
MOTION FOR AWARD OF FEES AND COSTS                                              - 6

13. Ms. Loda's role was to draft the summary judgment motion and associated declarations from experts that would have been necessary to file had settlement not been successful right before the deadline for dispositive motions. Because it was unclear whether the parties would accomplish settlement in time, her hours were a necessary and reasonable part of litigating this case.

14. Both Ms. Loda and I kept contemporaneous records of our time. I reviewed our timesheets and discounted time where it was either not appropriate for recovery or as was deemed reasonable. This reduced our total hours sought from 77.1 to 60.3, or by 22%.

15. The hourly rates we seek are $490 for my time, and $480 for Ms. Loda's time. These rates are reasonable given the specialized environmental law expertise of the timekeepers and the jurisdiction. In a past fee award, I have billed at $500/hour in a settlement entered in the Northern District of California for 2015-2018 attorney work. *Ellis v. Housenger*, 252 F. Supp. 3d 800 (N.D. Cal. 2017).

16. I believe the total CFS hours and rates are reasonable given the complexity of the case, expertise in environmental litigation, and the exercise of proper billing judgment to reduce hours sought.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

DECLARATION OF AMY VAN SAUN IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF FEES AND COSTS - 7

1 | Executed September 15, 2023, at Portland, Oregon.

_____
Amy van Saun
Senior Attorney
Center for Food Safety
2009 NE Alberta St. Suite 207
Portland, Oregon 97211
avansaun@centerforfoodsafety.org
971-271-7372

DECLARATION OF AMY VAN SAUN IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF FEES AND COSTS - 8

# CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, I electronically filed the foregoing document on the Court's CM/ECF filing system, which will automatically serve the following counsel of record:

| | |
|---|---|
| Gary H. Baise | gbaise@ofwlaw.com |
| Jay Carroll | jcarroll@hnw.law |
| Amy van Saun | avansaun@centerforfoodsafety.org |
| Toby Marshall | tmarshall@terrellmarshall.com |
| Blythe H. Chandler | bchandler@terrellmarshall.com |
| Andrea K. Rodgers | andrearodgers42@gmail.com |
| Daniel C. Snyder | dsnyder@publicjustice.net |

<u>/s/ Jonathan D. Frohnmayer</u>
Jonathan D. Frohnmayer
Law Offices of Charles M. Tebbutt

DECLARATION OF AMY VAN SAUN IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF FEES AND COSTS                - 9

# Exhibit 1 – CFS Fees

# Billing Detail By Person

Date Range: 1/1/2019 - 4/20/2023

**CENTER FOR Food Safety**

| Person | Matter | Date | Task | Comment | Hours | Sought |
|---|---|---|---|---|---|---|
| Amy Van Saun (Senior Attorney, graduated 2011, with CFS since 2015) | | | | | | |
| | CAFO - C49  SMD/DBD RCRA | | | | | |
| | | 2/8/2019 | Drafting | Draft PR for 90 day notices | 1.00 | 0 |
| | | 2/8/2019 | Conferences | internal protocol meeting to join cases | 1.00 | 0 |
| | | 2/11/2019 | Administrative | final changes to PR | 0.20 | 0 |
| | | 3/7/2019 | Administrative | review email from counsel and co-pls re: YVCOG | 0.20 | 0 |
| | | 4/30/2019 | Administrative | seek approval to file and review past co-counsel retainers | 0.50 | 0 |
| | | 5/3/2019 | Administrative | Review co-counsel and atty retainer agreements from Charlie | 0.70 | 0 |
| | | 5/13/2019 | Administrative | call with Charlie re: filing case | 0.50 | |
| | | 5/23/2019 | Administrative | sign retainer and co-counsel agreements; comms with CFS comms team and co-counsel re: press release and complaint filing | 0.80 | 0 |
| | | 5/24/2019 | Administrative | call w/ media re: complaint; comms w/ co-counsel and co-plaintiff on same | 0.40 | 0 |
| | | 6/13/2019 | Administrative | review membership for standing | 0.20 | 0 |
| | | 8/28/2019 | Administrative | call w/ Charlie re: Newhouse EPA letter PR | 0.10 | 0.1 |
| | | 8/28/2019 | Administrative | Review PHV motion | 0.20 | 0.2 |
| | | 8/29/2019 | Administrative | review PR re: Newhouse letter and revise | 0.90 | 0 |
| | | 8/30/2019 | Administrative | final review and comms re: PR on Newhouse letter to EPA re: 2013 Nitrate study | 0.60 | 0 |
| | | 9/10/2019 | Administrative | Review and approve motion to strike Burford abstention argument in Defs MTD | 0.10 | 0.1 |
| | | 9/24/2019 | Administrative | call w/ Charlie and team | 0.30 | 0.3 |
| | | 10/24/2019 | Administrative | Review order on MTD | 0.20 | 0.2 |
| | | 3/23/2020 | Administrative | call w/ Charlie Tebbutt re: settlement conference scheduling call and SMD/DBD owners w/r/t issuing new NOIs for LLCs dismissed from case | 0.50 | 0.5 |
| | | 3/24/2020 | Administrative | conference call with Judge Suko re: settlement conference scheduling | 0.40 | 0.4 |
| | | 3/26/2020 | Administrative | review comms from Tebbutt firm and draft NOI for dismissed LLCs and Glessner | 0.60 | 0.6 |
| | | 6/23/2020 | Administrative | update from charlie tebbutt on soil/water test results and mediation | 0.20 | 0.2 |
| | | 8/5/2020 | Administrative | review CORR from Charlie Tebbutt re: case | 0.10 | 0.1 |
| | | 8/5/2020 | Administrative | renew search for members in area | 0.10 | 0 |
| | | 8/13/2020 | Administrative | Reach out to CFS members as potential standing declarants; comms w/ Tebbutt firm counsel | 0.50 | 0 |
| | | 10/21/2020 | Administrative | draft copy of mailer to CWP recipients | 0.30 | 0 |
| | | 10/28/2020 | Administrative | work with designer for mailer to CWP households | 2.40 | 0 |
| | | 10/28/2020 | Administrative | work with designer/financial staff for mailer to CWP households | 0.50 | 0 |
| | | 10/29/2020 | Administrative | call w/ Charlie re: standing declarants; call to CFS member re same | 0.70 | 0 |

van Saun Declaration Exhibit 1

| Date | Category | Description | Hours | Sought |
|---|---|---|---|---|
| 10/5/2021 | Administrative | call w/ Charlie re: retainer agreement and SMD/DBD settlement | 0.40 | 0.4 |
| 10/13/2021 | Administrative | review response to ROGs and sign for CFS | 0.80 | 0.8 |
| 1/14/2022 | Administrative | review Pls Opp to Decoster MTD for drafting motion to unseal/make public documents designated as confidential | 1.10 | 1.1 |
| 1/17/2022 | Administrative | review case law regarding confidentiality of records and standards for unsealing for drafting motion to unseal documents used in MTD Opp; draft motion to unseal | 3.00 | 3 |
| 1/18/2022 | Administrative | draft/supplement motion to unseal docs from MTD; CORR w/ KS re finalizing same | 0.70 | 0.7 |
| 2/3/2022 | Administrative | Call in to hearing on motion to dismiss non-washington parties | 1.00 | 1 |
| 4/21/2022 | Administrative | call w/ Charlie Tebbutt and Jean Mendoza re: potential settlement and trial/remedy strategy | 1.00 | 1 |
| 4/22/2022 | Administrative | research representational standing re: members of associations that joined after complaint filed | 2.80 | 0 |
| 1/5/2023 | Administrative | call w/ Charlie on upcoming pre-trial work | 0.50 | 0.5 |
| 1/19/2023 | Administrative | listen in to deposition of Chavarin | 2.00 | 2 |
| 2/24/2023 | Administrative | call w/ Dan for status update on discovery and future briefing/trial scheduling | 0.20 | 0.2 |
| 3/14/2023 | Administrative | quick review of motion to compel discovery | 0.20 | 0.2 |
| 3/20/2023 | Administrative | review materials (discovery) and former Cow Palace briefing to assign SJ motion to junior staff | 1.60 | 1.6 |
| 4/6/2023 | Administrative | call with Dan re: summary judgment motion and depositions/declarations | 0.40 | 0.4 |
| 4/18/2023 | Administrative | listen in to Jean Mendoza deposition and call with Charlie and Jean | 1.50 | 1 |
| | | CAFO - C49  SMD/DBD RCRA Total: | 31.40 | 16.6 |
| | | **Amy Van Saun Total Hours Sought:** | | **16.6** |
| | | **Hourly Rate:** | | **$490** |
| | | **Total Fees Sought:** | | **$8,134.00** |

Jenny Loda (Staff Attorney, graduated 2012, with CFS since 2021)
  CAFO - C49  SMD/DBD RCRA

| Date | Category | Description | Hours | Sought |
|---|---|---|---|---|
| 3/20/2023 | Administrative | Meet w/Amy & Meredith to discuss plans for summary judgment motion | 0.70 | 0.7 |
| 3/20/2023 | Administrative | Review complaint and other relevant materials in case in preparation for drafting summary judgment motion | 1.20 | 1.2 |
| 4/4/2023 | Administrative | Draft declaration for Dr. Russelle | 0.60 | 0.6 |
| 4/5/2023 | Administrative | Draft declaration for Dr. Russelle | 0.40 | 0.4 |
| 4/7/2023 | Administrative | Draft declaration for Dr. Russelle | 0.40 | 0.4 |

| Date | Category | Description | Hours | Sought |
|---|---|---|---|---|
| 4/7/2023 | Administrative | Draft summary judgment motion and memo | 0.50 | 0.5 |
| 4/10/2023 | Administrative | Draft MSJ and statement of facts | 6.00 | 6 |
| 4/11/2023 | Administrative | Draft MSJ, SOF, & declarations in support | 6.50 | 6.5 |
| 4/11/2023 | Administrative | Call w/Dan Snyder to discuss MSJ | 0.30 | 0.3 |
| 4/12/2023 | Administrative | Draft MSJ, SOF, & declarations in support | 6.50 | 6.5 |
| 4/13/2023 | Administrative | Draft MSJ, SOF, & declarations in support | 3.50 | 3.5 |
| 4/14/2023 | Administrative | Draft MSJ, SOF, & declarations in support | 3.50 | 3.5 |
| 4/17/2023 | Administrative | Review discovery documents and expert reports to inform preparation of MSJ & related docs | 5.50 | 5.5 |
| 4/18/2023 | Administrative | Review discovery documents to inform preparation of MSJ & related docs | 3.00 | 3 |
| 4/19/2023 | Administrative | Draft statement of facts & declarations for MSJ | 5.10 | 5.1 |
| 4/20/2023 | Administrative | Draft Declaration in support of MSJ | 2.00 | 0 |
| | | CAFO - C49 SMD/DBD RCRA Total: | 45.70 | 43.7 |
| | | **Jenny Loda Total Hours Sought:** | | **43.7** |
| | | **Hourly Rate:** | | **$480.00** |
| | | **Total Fees Sought:** | | **$20,976.00** |
| | | **Grand Total Hours Sought:** | | **60.3** |
| | | **Grand Total Fees Sought:** | | **$29,110.00** |

van Saun Declaration Exhibit 1

van Saun Declaration Exhibit 1