1  Charles M. Tebbutt, WSBA #47255
   Jonathan D. Frohnmayer, *pro hac vice*
2  Law Offices of Charles M. Tebbutt, P.C.
   3026 NW Esplanade
3  Seattle, WA 98117
   (541) 285-3717
4
   *Additional Counsel Identified on Signature Page to Plaintiffs' Motion*
5
   IN THE UNITED STATES DISTRICT COURT
6  FOR THE EASTERN DISTRICT OF WASHINGTON

7  COMMUNITY ASSOCIATION FOR          Case No. 1:19-CV-3110-TOR
   RESTORATION OF THE
8  ENVIRONMENT, INC., a Washington    **DECLARATION OF ANDREA K.**
   non-profit corporation; FRIENDS OF **RODGERS IN SUPPORT OF**
9  TOPPENISH CREEK, a Washington non- **PLAINTIFFS' MOTION FOR AWARD**
   profit corporation; *and* CENTER FOR **OF ATTORNEYS' AND EXPERT**
10 FOOD SAFETY, a Washington, D.C. non- **WITNESSES' FEES AND COSTS**
   profit corporation,

11           Plaintiffs,

        *v.*
12

13 AUSTIN JACK DECOSTER, an individual,
   DECOSTER ENTERPRISES, LLC, a
   Delaware limited liability company,
14 AGRICUTURAL INVESTMENT-FUND
   II, LLC, a Delaware limited liability
15 company, IDAHO AGRI INVESTMENTS,
   LLC, an Idaho limited liability company,
16 IDAHO DAIRY HOLDINGS, LLC, an
   Idaho limited liability company, DRY
17 CREEK DAIRIES, LLC, an Idaho limited
   liability company, WASHIGNTON AGRI
18 INVESTMENTS, LLC, a Washington
   limited liability company, WASHINGTON
19 DAIRY HOLDINGS, LLC, a Washington
   limited liability company, DBD
20 WASHINGTON, LLC, a Washington

DECLARATION OF ANDREA K. RODGERS IN SUPPORT OF PLAINTIFFS'
MOTION FOR AWARD OF FEES AND COSTS                              - 1

limited liability company; and SMD, LLC, a
Washington limited liability company,
                    Defendants.

I, Andrea K. Rodgers, hereby declare as follows:

1.     I am over the age of eighteen and competent to make this declaration.

2.     Currently I serve as Senior Litigation Attorney for Our Children's Trust, a non-profit law firm that represents youth seeking to secure their fundamental rights to a stable climate system. I also maintain my own law practice, through which I participated in the litigation of this case. I provided limited local counsel advice on litigation and settlement strategy and review of and feedback on key filings. My hours are appended to the Declaration of Charles M. Tebbutt filed herewith.

3.     I have been licensed to practice law for twenty-one years, since 2002, first in Arizona and then in the District of Columbia, Oregon and Washington.  I became a member of the bar of Washington in 2007.  Currently, I am an active member of the bars of the State of Washington and Oregon, and am admitted pro hac vice in pending cases in the states of Montana and Hawai`i. I received a pro bono distinction from the Washington state bar in 2010, 2011, and 2012.

4.     I am admitted to practice in the U.S. Supreme Court, the U.S. District Court for the Eastern and Western Districts of Washington, the U.S. District Court

DECLARATION OF ANDREA K. RODGERS IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF FEES AND COSTS                    - 2

1   for the District of Oregon, the U.S. District Court for the District of Montana, the

2   U.S. District Court for the District of Northern California, the U.S. Court of

3   Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Tenth Circuit, the

4   Snoqualmie Tribal Court, the Lummi Indian Nation Tribal Court and the

5   Muckleshoot Tribal Court.  I received my undergraduate degree from the

6   University of California, Santa Barbara in 1998 and my law degree from the

7   Arizona State University College of Law in 2001.

8          5.      At the Arizona State University College of Law, I was awarded the

9   CALI Excellence for the Future Award for Constitutional Law in the Spring of

10  1999, a Willard H. Pedrick Scholarship in the Spring of 1999, a Graduate Tuition

11  Scholarship for the 1999-2000 academic year, the Jennings, Strouss & Salmon

12  Award for Best Student Note in the Spring of 2001, the Dean's Award in May

13  2001, and the Pro Bono Outstanding Student Award in May 2001. I served as

14  Associate Editor (1999-2000), Note & Comment Editor (2000-01) and Co-

15  Executive Editor for *Jurimetrics: The Journal of Law, Science & Technology*

16  (Spring 2001).  I received Honors for my work on *Jurimetrics* in the Fall of 1999,

17  Fall of 2000 and the Spring of 2001.  I also conducted legal research in the field of

18  biology and the law while serving as a research assistant for Professor Owen Jones

19  (Spring 2000) and assisted Professor Lawrence Winer on an *amicus curiae* brief

20

DECLARATION OF ANDREA K. RODGERS IN SUPPORT OF PLAINTIFFS'
MOTION FOR AWARD OF FEES AND COSTS                    - 3

1    filed in the United States Supreme Court in the case of *United States v. Playboy*

2    *Entertainment Group, Inc.*, 529 U.S. 803 (2000).

3       6.  While a student at the Arizona State University College of Law, I

4    served as a law clerk for the Arizona Civil Liberties Union (Summer 1999) and as

5    a Summer Associate for the law firm of Jones, Skelton & Hochuli, P.L.C. in

6    Phoenix Arizona (Summer 2000).  I worked as a Legislative Legal Intern with the

7    Arizona House of Representatives (Spring 2001), working with the General

8    Counsel of the Democratic Caucus.  While in law school, I was a finalist in the

9    Berch Moot Court Competition (Spring 1999) and participated in the National

10    Native American Law Student Association Moot Court Competition (Spring

11    2001).

12       7.  After graduating from the Arizona State University College of Law, I

13    served for one year as a judicial law clerk for the Honorable John C. Gemmill on

14    the Arizona Court of Appeals (Spring 2001-Summer 2002).  From August 2002-

15    September 2003, I was an Honor's Attorney with the United States Department of

16    Transportation in Washington, D.C.  While there, I worked for the Federal

17    Highway Administration's Office of Chief Counsel's Administrative &

18    Technology Law Division and the Office of the Secretary's General Counsel's

19    Office of Environmental, Civil Rights & General Law.  I also prosecuted

20    hazardous materials transportation cases for the Research & Special Programs

DECLARATION OF ANDREA K. RODGERS IN SUPPORT OF PLAINTIFFS'
MOTION FOR AWARD OF FEES AND COSTS    - 4

1   Administration's (now known as the Pipeline Hazardous Materials Safety

2   Administration) Office of the Chief Counsel, Hazardous Materials Safety,

3   Research & Technology Law Division. I received two performance awards during

4   my tenure at U.S. DOT.

5       8.      From 2003-2006, I was as a staff attorney with the Western

6   Environmental Law Center, a nonprofit public interest law firm.  While there, I

7   litigated environmental and Indian law cases in state and federal court, including

8   cases involving pollution from Concentrated Animal Feeding Operations.  From

9   2006-2010, I served as In-House Legal Counsel for the Snoqualmie Indian Tribe,

10  where I represented Tribal administrative departments, including the Environment

11  & Natural Resources Department, on a variety of legal issues, developed the

12  Snoqualmie Tribal Code and Court system, and represented the Tribe in

13  Snoqualmie Tribal Court, Washington state courts and in the Ninth Circuit Court

14  of Appeals in family, child welfare, and environmental matters, including the

15  Tribe's longstanding efforts to restore natural flows to Snoqualmie Falls, a sacred

16  site of traditional cultural importance.  From 2010-December 2014, I had my own

17  law firm, practicing in the areas of environmental and Indian law.

18      9.      I rejoined the Western Environmental Law Center in 2013, first as a

19  contract attorney and then, in 2015, as a staff attorney.  While at the Western

20  Environmental Law Center my work focused on reducing pollution from

DECLARATION OF ANDREA K. RODGERS IN SUPPORT OF PLAINTIFFS'
MOTION FOR AWARD OF FEES AND COSTS                    - 5

agricultural operations, including Concentrated Animal Feeding Operations, and

protecting instream flows for people and fish. I represented public interest clients

and Indian tribes in environmental litigation and policy matters.  From January

2015-December 2016, I supervised law students enrolled in the Environmental

Law Clinic at the University of Oregon School of Law (work that I previously did

while an attorney at the Western Environmental Law Center from 2003-2006).

10.    In January 2017 I became Senior Litigation Attorney, and a

membership of the Leadership Team, at Our Children's Trust, a non-profit

organization that sponsors and coordinates climate change litigation on behalf of

youth all around the world.  I litigate primarily in state and federal courts, and also

support attorneys in other countries in constitutional climate change cases.

11.    I have spoken as a panelist on dozens of Continuing Legal Education

seminars for attorneys, judges, students, policy makers, scientists, and citizens

around the world, and am frequently invited to speak publicly about my work in a

variety of different fora, nationally and internationally.

12.    I have published several articles in the areas of constitutional and

environmental law, including: Andrea Rodgers & Kelsey Dunn, *The Need for*

*Science-Based Remedies to Respond to Young People's Climate Distress*, a

Chapter in Climate Change & Youth Mental Health: Multidisciplinary

perspectives, Elizabeth Haase, MD, Kelsey Hudson, PhD, co-editors, Cambridge

DECLARATION OF ANDREA K. RODGERS IN SUPPORT OF PLAINTIFFS'
MOTION FOR AWARD OF FEES AND COSTS                    - 6

Univ. Press (forthcoming 2023); Andrea K. Rodgers, Lauren Sancken, Jennifer Marlow, *The Injustice of 1.5°-2°C: The Need for A Scientifically Based Standard of Fundamental Rights Protection in Constitutional Climate Change Cases*, Va. Envtl. L.J. (October 2022) (cited by Hawai`i Supreme Court Justice Mike Wilson in his concurring opinion in *In re: Haw. Elec. Light Co.*, 526 P.3d 329 (Haw. 2023)); Andrea K. Rodgers, Julia Olson & Eric Laschever, *Climate Justice and the Public Trust: The Plaintiff's Perspective*, Vol. 36, No. 3, ABA Journal of Natural Resources & Environment (Winter 2022); Paul Rink, Andrea K. Rodgers, & Philip Gregory, *Children, Climate and Constitutional Rights: Juliana v. United States*, 21 Energy L. Rep. 334 (Nov.-Dec. 2021); Andrea K. Rodgers, *Creative Legal Approaches to Protect Youth's Constitutional Rights in the Face of Climate Change*, 60 UNM Natural Resources Journal 289 (Summer 2020); *Atmospheric Trust Litigation in Washington State: Advocating For A Constitutional Right To A Stable Climate For The Young & Future Generations*, 31 Australian Envt. Rev. 268-271 (2016); *Agricultural Pollution in Puget Sound: Inspiration to Change Washington's Reliance on Voluntary Incentive Programs to Save Salmon*, Western Environmental Law Center (April 2016); and *The Revival of Climate Change Science in U.S. Courts*, Wash. J. Envtl. Law & Policy, Ocean Acidification: Understanding the Other Climate Crisis (2016).

DECLARATION OF ANDREA K. RODGERS IN SUPPORT OF PLAINTIFFS'
MOTION FOR AWARD OF FEES AND COSTS                    - 7

13.    Through my legal experience in law school and in my more than twenty years of experience as a practicing attorney, I have developed distinctive knowledge and skills related to the specialized practice area of federal environmental litigation.

14.    I have prosecuted environmental cases in federal courts including the U.S. District Court for the District of Oregon, the U.S. District Court for the Northern District of California, the U.S. District for the District of Montana, the U.S. District Court for the Western District of Washington, the U.S. District Court for the Eastern District of Washington, and the U.S. Court of Appeals for the Ninth Circuit.  I have prosecuted state environmental cases in Montana state court, Hawai`i state court, Florida state court, King County Superior Court, Thurston County Superior Court, the Washington Court of Appeals, and before the Pollution Control Hearings Board in Lacey, Washington.

15.    Some of the federal cases I have litigated include: *Juliana v. United States*, 947 F.3d 1159 (9th Cir. 2020) (constitutional climate change case on behalf of twenty-one youth against the executive branch of U.S. government); *Friends of Toppenish Creek v. Indian Health Service*, No. 1:16-CV-03013-SAB (FOIA action against Indian Health Service resolved by stipulation of settlement and dismissal) (E.D. Wa. February 27, 2017); *Community Association for Restoration of the Environment v. Envtl. Prot. Agency*, 2014 WL 3870168 (E.D. Wa. Aug. 6, 2014)

DECLARATION OF ANDREA K. RODGERS IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF FEES AND COSTS               - 8

(FOIA action against U.S. EPA); *Community Association for Restoration of the Environment v. Nelson Faria Dairy*, 2011 WL 6934707, E.D. Wash. December 30, 2011 (Memorandum of Decision) (finding a Concentrated Animal Feeding Operation has "caused or significantly contributed to the excessive nitrate contamination of the local groundwater."); *Snoqualmie Indian Tribe v. Federal Energy Regulatory Comm'n*, 545 F.3d 1207 (9th Cir. 2008) (appeal of FERC license for Snoqualmie Falls Hydroelectric Project on grounds that the license violates the Federal Power Act and Religious Freedom & Restoration Act); *Or. Natural Res. Council v. U.S. Forest Serv.*, 445 F. Supp. 2d 1211 (D. Or. 2006); *American Forest Resources Council v. Conroy*, 2005 WL 771577 (D. Or. 2005); *Envtl. Prot. Info. Ctr. v. U.S. Fish & Wildlife Serv.*, 2005 WL 3021939 (N.D. Cal. 2005) (challenge to a Habitat Conservation Plan under the Endangered Species Act); *American Whitewater v. Electron Hydro LLC*, No. 2:16-cv-00047-JCC (Endangered Species Act section 9 take case against hydroelectric project) (W.D. Wash. filed April 4, 2016).

16.    Some of the state environmental cases I have litigated include: *Held, et al. v. State of Montana, et al.*, No. CDV-2020-307 (MT First Judicial Dist. Ct., Lewis & Clark County) (Findings of Fact, Conclusions of Law and Order) (August 14, 2023); *Navahine, et al. v. State of Hawai`i, et al.*, No. 1CCV-22-0000631 (Hawai`i Circuit Court) (Order Denying Defendants' Motion to Dismiss) (April 19,

DECLARATION OF ANDREA K. RODGERS IN SUPPORT OF PLAINTIFFS'
MOTION FOR AWARD OF FEES AND COSTS        - 9

2023); *Wash. State Dairy Fed'n, et al. v. Washington State Dep't of Ecology*, 490 P.3d 290 (Wash. Ct. App. 2021); *Reynolds, et al. v. State of Florida*, (Fla. 1st DCA PCA) (May 18, 2021); *Aji P., et al. v. State of Washington*, 480 P.3d 438 (Wash. Ct. App. 2021); *Aji P., et al. v. State of Washington*, No. 99564-8 (Wash. Sup. Ct.) (Order Denying Review) (Oct. 6, 2021); *Foster et al v. Ecology*, King County Superior Court No. 14-2-25295-1 SEA (2014-2017) (appeal of Ecology's denial of petition for rulemaking seeking regulation of greenhouse gas emissions as a means to address climate change and securing the Nation's first court order requiring an agency to cap and regulate greenhouse gas emissions to protect the rights of young people); *Ctr. for Envtl. Law & Policy, et al. v. Ecology, et al.*, 196 Wn.App. 360, 383 P.3d 608 (2016) (appeal of water right for Enloe Hydroelectric Project); *Ctr. for Envtl. Law & Policy v. Ecology*, Thurston County Superior Court No. 16-2-02161-34 (filed May 24, 2016) (appeal of Spokane River Instream Flow Rule); *Ctr. for Envtl. Law & Policy v. Ecology, et al.*, PCHB No. 13-117 (Order on Motions for Summary Judgment) (June 24, 2014) (appeal of water right for Enloe Hydroelectric Project); *Ctr. for Envtl. Law & Policy v. Ecology, et al.*, PCHB No. 12-082 (Findings of Fact, Conclusions of Law & Final Order) (Aug. 30, 2013) (appeal of Clean Water Act 401 Certification for Enloe Hydroelectric Project for failing to consider and protect aesthetic and recreational values); *Svitak et al. v. State of Washington, et al.*, King County Superior Court No. 11-2-16009-4 SEA

1  (Wa. Ct. App.) (Feb. 29, 2012) (declaratory judgment action against the State of

2  Washington for violations of the Public Trust Doctrine for failing to prevent

3  substantial impairment to public trust resources due to climate change);

4  *Snoqualmie Indian Tribe v. Ecology*, PCHB No. 03-156 (April 7, 2004) (appeal of

5  Clean Water Act 401 Certification for Snoqualmie Falls Hydroelectric Project).

6        17.    My total time for this case through September 10, 2023 is 12.5 hours.

7  A detailed breakdown of my time is attached as Exhibit 1 to the declaration of

8  Charles M. Tebbutt. I am requesting that the Court award me a rate of $590 per

9  hour, for a total award of $7,375, as well as time for assisting with the fee petition,

10  to be submitted as a supplemental request.

11        I swear under penalty of perjury that the foregoing is true and correct to the

12  best of my knowledge.

13        DATED: September 15, 2023        /s/ Andrea K. Rodgers

14                                            Andrea K. Rodgers

15

16

17

18

19

20

DECLARATION OF ANDREA K. RODGERS IN SUPPORT OF PLAINTIFFS'
MOTION FOR AWARD OF FEES AND COSTS         - 11

1

## CERTIFICATE OF SERVICE

2

3        I hereby certify that on September 15, 2023, I electronically filed the
foregoing document on the Court's CM/ECF filing system, which will automatically
serve the following counsel of record:

4

5        Gary H. Baise                    gbaise@ofwlaw.com
         Jay Carroll                      jcarroll@hnw.law
6        Amy van Saun                     avansaun@centerforfoodsafety.org
         Toby Marshall                    tmarshall@terrellmarshall.com
7        Blythe H. Chandler               bchandler@terrellmarshall.com
         Andrea K. Rodgers                andrearodgers42@gmail.com
8        Daniel C. Snyder                 dsnyder@publicjustice.net

9

10                                        /s/ Jonathan D. Frohnmayer
                                          Jonathan D. Frohnmayer
11                                        Law Offices of Charles M. Tebbutt

12

13

14

15

16

17

18

19

20

DECLARATION OF ANDREA K. RODGERS IN SUPPORT OF PLAINTIFFS'
MOTION FOR AWARD OF FEES AND COSTS                        - 12