AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 01, 2023**

SEAN F. McAVOY, CLERK

COMMUNITY ASSOCIATION FOR RESTORATION OF THE ENVIRONMENT, et al.
*Plaintiff*
v.
AUSTIN JACK DECOSTER, an individual, DECOSTER ENTERPRISES, LLC, a Delaware limited liability company, et al.,
*Defendant*

Civil Action No. 1:19-CV-3110-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs are awarded attorney fees in the amount of $1,495,052 and costs in the amount of $305,610 (before subtracting the $350,000 Consent Decree agreed payment).  Defendants are jointly and severally liable for the total of $1,450,662 in fees and costs to Plaintiffs (this amount accounts for the $350,000 reduction for fees already paid).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

on Plaintiffs' Motion for Award of Attorneys' and Expert Witnesses' Fees and Cost. ECF No. 184.

Date: December 1, 2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ B. Fortenberry
*(By) Deputy Clerk*

B. Fortenberry